3:00CV210 [JCH]   DeLoreto V Labonte

Motion; Reopen Case

1 [5/8] Plaintiff house was entered 3:00CV210 [JCH] Justified in Labontes report by speaking to plaintiffs mother, plaintiffs mother never spoke to anybody.

2 [5/8] Plaintiff had two doctors from Hartford Hospital medical Report, overruled by a ambulance driver who is paid by the town of Wethersfield and kept no notes

3 Defendants Labonte chronic harrassment of the DeLoreto Family

On the 1st Day of May 2004

Dante DeLue

FILED
2004 MAY -4 A 11:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

# Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record.

Chief Judge Chatigny
450 Main St
Hartford

USDC Judge Hall
915 Lafayette Blvd
Bridgeport Ct

Norm Pattis
53 Elm St
New Haven Ct

Jim Tallberg
One State St
Hartford Ct

On the 1st Day of May 2004

David DeFord