Motion: Reopen Case

**FILED**

1. In case 300CV270 [JCH] [2004 MAY -4] A Plaintiff demands the case to be reopened for the following rational;

U.S. DISTRICT COURT
BRIDGEPORT, CONN

2. [5/8] Plaintiff had two [2] Doctors from Hartford Hospital in seperate reports say one thing.

3. The town of Wethersfield literally used an ambulance driver to dispute two [2] doctors, [who kept no notes]

4 And Judge Hall agreed, HA HA HA

On the First Day of May 2004

Donto DeSath

Certification

This is to certify that a copy of the enclosed motion was mailed to the following parties of record

USDC
Lafayette Blvd
Bridgeport

Norman Pattis
51 Elm St
New Haven Ct

Jim Tallberg
1 State St
Hartford Ct

On the 1st Day of May 2004

Dante DeKort

1 In case 300cv270 [JCH] 5/8 plaintiff asked Judge Hall numerous times [motions, oral] to keep Defendant Labonte from coming to [5/8] Home off duty

2 Judge Hall took no action against the off duty criminal

3 [5/8] Deloreto and his elderly parents occured damages as a result

4 Then Judge Hall rules in Labontes and the ambulance driver favor. ???

On the 1st Day of May 2004

Damto Dela