UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE DELORETO | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-00-cv-210 (JCH) |
| | : | |
| MARK POISSON, ET AL | : | MAY 7, 2004 |
|     Defendants | : | |

**RULING:  RE**
**MOTION:  REOPEN [DKT. NOS. 95 & 96]**

Plaintiff has filed two Motions to Reopen Case.  Neither of them set forth new facts or a legal basis to reopen this case in which judgment entered on July 30, 2003.  Therefore, the court hereby denies Dkt. Nos. 95 and 96.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 7th day of May, 2004.

                                                 /s/ Janet C. Hall
                                               Janet C. Hall
                                               United States District Judge