Deborah V Labonte

3 00 CV 270 [JCH]

Motion; Reopen, Review, Police Report

1. Judge Hall, Your Honor, Sincerly Plaintiff in case 30 CV 270 [JCH] has a police report saying that Plaintiffs Injury was caused in an Ambulance

2. The Police and Ambulance driver tell Judge Hall the Incident never happened

3. Please review all reports and transcript

On the 10th Day of October 2004

Date
with thanks

# Certification

This is to certify a copy of the enclosed motion was mailed to the following parties of record

USDC
915 Lafayette Blvd
Bridgeport Ct

Atty Norm Paths
51 Elm St
New Haven Ct

Jim Tallberg
One State St
Hartford Ct

On the 10th Day of October 2004

Dante Rohero